

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00358-CV

———————————————

SHIRLEY JEAN ARENS, BY AND THROUGH HER AGENT, CAREE FARMER,
Appellant

V.

CAPITAL SENIOR LIVING, INC. D/B/A MARTIN CREST ASSISTED LIVING;
CSL S WEATHERFORD, LLC, D/B/A MARTIN CREST; CAPITAL SENIOR
MANAGEMENT, INC.; AND INTEGRACARE OF TEXAS, LLC, Appellees

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV21-1067

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has not arranged to pay for the trial court clerk's record as the Texas Rules of Appellate Procedure require. *See* Tex. R. App. P. 35.3(a)(2). On November 12, 2024, we warned Appellant that we would dismiss her appeal for want of prosecution unless, within ten days, she arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3. Appellant has done neither.

Because Appellant has not arranged to pay for the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: December 5, 2024